HON. _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL Z. MORICZ**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC.,** a Delaware corporation,<br><br>Defendant. | Case No. _____<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>JURY TRIAL DEMANDED |

Plaintiff Michael Z. Moricz alleges as follows:

### I.   NATURE OF LAWSUIT

1.   This is a patent infringement lawsuit brought under the patent laws of the United States, 35 U.S.C. §§ 271, 281, 283-285.

### II.   THE PARTIES

2.   Mr. Moricz is an individual residing in Bellevue, Washington.

3.   Defendant Google, Inc. is a Delaware corporation with its principal business address at 1600 Amphitheatre Parkway, Mountain View, California 94043.

### III.   JURISDICTION AND VENUE

4.   This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5.   This Court has general and specific personal jurisdiction over Google because Google maintains continuous and systematic contacts with the State of Washington, and

COMPLAINT FOR PATENT INFRINGEMENT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/JEM/6015547.1

conducts business related to its primary search engine found at www.google.com ("Google Search Engine") in at least two permanent places of business that are physically located in this District. In addition, Google maintains a registered agent for service of process in Tumwater, Washington.

6. Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b).

## IV. BACKGROUND

7. Mr. Moricz is the owner of the entire right, title and interest in U.S. Patent No. 7,693,956 ("the '956 Patent"), entitled "ACCESSING DEEP WEB INFORMATION USING A SEARCH ENGINE," issued April 6, 2010 (attached as "Exhibit A"). All maintenance fees have been paid.

8. The '956 patent is generally directed to methods of accessing deep web pages containing airline flight information using a search engine.

9. Mr. Moricz is the owner of all right, title and interest in U.S. Patent No. 7,716,303 ("the '303 Patent"), entitled "ACCESSING DEEP WEB INFORMATION ASSOCIATED WITH TRANSPORTATION SERVICES USING A SEARCH ENGINE," issued May 11, 2010 (attached as Exhibit B). All maintenance fees have been paid.

10. The '303 patent is generally directed to methods and apparatuses enabling access to deep web pages containing information associated with transportation services, *e.g.*, car rentals, using a search engine.

11. Google is engaged in the business of developing and providing products and services directed to web searches, including deep web searches.

12. Google's products and services, including the Google Search Engine, include the ability to access deep web information associated with airline flights and transportation services as taught and claimed in the '956 and '303 patents.

13. Google has had knowledge of the technology claimed in at least the '956

COMPLAINT FOR PATENT INFRINGEMENT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/JEM/6015547.1

patent since at least October 27, 2009.

## V. GOOGLE INFRINGES THE '956 PATENT

14. Google has been and is directly infringing at least claims 1-6 and 8-10 of the '956 Patent under 35 U.S.C. § 271(a) by making, using, selling and/or offering for sale the Google Search Engine.

15. Google's infringement of the '956 Patent has injured and will continue to injure Mr. Moricz unless and until the Court enjoins further infringement of the '956 Patent.

## VI. GOOGLE INFRINGES THE '303 PATENT

16. Google has been and is directly infringing at least claims 1, 14, and 16 of the '303 Patent by making, using, selling and/or offering for sale the Google Search Engine.

17. Google's infringement of the '303 Patent has injured and will continue to injure Mr. Moricz unless and until the Court enjoins further infringement of the '303 Patent.

## VII. JURY DEMAND

Mr. Moricz requests a trial by jury of all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Mr. Moricz asks this Court to enter judgment against Google and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with Google, granting the following relief:

A. A judgment declaring that Google has infringed the '956 Patent;

B. A judgment declaring that Google has infringed the '303 Patent;

C. A judgment, order, or award of damages adequate to compensate Mr. Moricz for Google's infringement of the '956 Patent, in no event less than a reasonable royalty, together with prejudgment interest from the date infringement of the '956 Patent began;

D. A judgment, order, or award of damages adequate to compensate Mr. Moricz for Google's infringement of the '303 Patent, in no event less than a reasonable royalty, together with prejudgment interest from the date infringement of the '303 Patent began;

COMPLAINT FOR PATENT INFRINGEMENT - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/JEM/6015547.1

1     E.    A preliminary and/or permanent injunction prohibiting Google and its subsidiaries, affiliates, parents, successors, assigns, officers, employees, attorneys, agents, and all other persons acting with Google or on its behalf from infringing the '956 Patent;

    F.    A preliminary and/or permanent injunction prohibiting Google and its subsidiaries, affiliates, parents, successors, assigns, officers, employees, attorneys, agents, and all other persons acting with Google or on its behalf from infringing the '303 Patent;

    G.    An accounting to determine information relevant to establishing the extent of Google's infringement and amount of Mr. Moricz's damages;

    H.    An award of costs and attorneys' fees, pursuant to 35 U.S.C. § 285 to the extent the Court finds this case to be exceptional;

    I.    An order trebling the damage award under 35 U.S.C. § 284, together with prejudgment interest; and

    J.    Such other and further relief as this Court may deem proper and just.

Dated August 2, 2010

SCHWABE, WILLIAMSON & WYATT, P.C.

By: Johnathan E. Mansfield
Johnathan E. Mansfield, WSBA #27779
jmansfield@schwabe.com
Devon Zastrow Newman, WSBA # 36462
dnewman@schwabe.com
1211 SW Fifth Avenue, Suites 1900
Portland, Oregon 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff Mr. Moricz

Trial Attorney: Johnathan E. Mansfield

COMPLAINT FOR PATENT INFRINGEMENT - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/JEM/6015547.1