THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL Z. MORICZ**, an individual, | Case No. 10-cv-01240-RSL |
| Plaintiff, | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| v. | |
| **GOOGLE, INC.,** a Delaware corporation, | |
| Defendant. | |

The parties hereby submit this Joint Claim Construction and Prehearing Statement, pursuant to Local Patent Rule 132 and this Court's Scheduling Order (Dkt. # 27), to construe the disputed claim terms in U.S. Patent Nos. 7,693,956 ("'956 Patent"); 7,716,303 ("'303 Patent"); and 7,730,160 ("'160 Patent") (collectively, "patents-in-suit").

**I.      Undisputed Claim Term**

The parties agree on the construction of the following term:

| PATENT CLAIMS | TERM | AGREED CONSTRUCTION |
|---|---|---|
| '956: 1-6, 8<br>'303: 1, 14<br>'160: 1, 3, 5, 10 | Input field | Graphical component which allows a user to provide textual or graphic input. |

## II. Disputed Claim Terms

Below is a table identifying the terms to be construed in connection with the *Markman* hearing ("Hearing") currently scheduled for December 8, 2011 for each of the three asserted patents.

|   | **DISPUTED TERM** | **PATENT CLAIMS** |
|---|---|---|
| 1. | Ahead of | '956: 1, 4.<br>'303: 1, 16.<br>'160: 1. |
| 2. | Answer | '956: 1, 2, 4, 5.<br>'303: 1, 14, 16.<br>'160: 1, 3, 10. |
| 3. | Answer page | '956: 1, 4.<br>'303: 1, 16.<br>'160: 1. |
| 4. | Dynamically generate | '956: none.<br>'303: 1.<br>'160: 1. |
| 5. | Index / indexing | '956: 1, 4.<br>'303: 1.<br>'160: 1. |
| 6. | Information location | '956: 1, 3, 4, 8.<br>'303: 1, 14.<br>'160: 1, 5, 10. |
| 7. | Information page | '956: 1, 2, 3, 4, 8.<br>'303: 1.<br>'160: 1. |
| 8. | Query | '956: 3, 8.<br>'303: 1.<br>'160: 1, 5. |
| 9. | Search the Internet | '956: 1, 4.<br>'303: 1.<br>'160: 1. |
| 10. | Second information location from which the input field is generated | '956: 1, 4.<br>'303: none.<br>'160: none. |

The parties also dispute whether the term "first and second location" in dependent claims 9 and 10 of the '956 patent is indefinite or infringed. Because this term arises only in dependent claims, however, the possibility exists that Plaintiff will not assert these claims at

1  trial. The parties thus agree and request that, in the interest of economy, the allegations of
2  indefiniteness and/or infringement of this term be resolved, if necessary, later in the case
3  during summary judgment briefing.

4  Below is a Joint Claim Chart setting forth the parties' proposed constructions for the
5  disputed terms in the three asserted patents, along with citations to intrinsic and extrinsic
6  evidence. The citations provided are merely representative of the respective elements and
7  not exhaustive. In particular, since the three patents-in-suit share much of the same
8  specification and similar prosecution histories, citations may be given to one patent without
9  repeating citations for the identical or nearly identical portions of the other two patents.

| CLAIM LANGUAGE (disputed terms in bold) | PLAINTIFF'S PROPOSED CONSTRUCTION AND EVIDENCE IN SUPPORT | DEFENDANT'S PROPOSED CONSTRUCTION AND EVIDENCE IN SUPPORT |
|---|---|---|
| **Ahead of**<br><br>Found in claim numbers:<br><br>'956: 1, 4.<br>'303: 1, 16.<br>'160: 1. | **Ahead of**<br><br>Proposed Construction:<br>Before in a sequence of answers<br><br>Intrinsic Evidence:<br>'956 Patent: 11:12-17; FIGs. 10a-c.<br>'303 Patent: 11:34-49; 12:10-15; FIGs. 10a-c, 12a-c.<br>'160 Patent: 11:22-37; 11:64-12:6; FIGs 10a-c, 12a-c.<br><br>Extrinsic Evidence:<br>Expert testimony of Ivan Zatkovich. | **Ahead of**<br><br>Proposed Construction:<br>Placed before (i.e. above the other search results, not at a side of or in the middle of them)<br><br>Intrinsic Evidence:<br>'956 patent: 11:7-17; FIGs. 10a-c<br>'303 patent: 11:34-13:11; FIGs. 10a-10d, 12a-12d, 14a-14d<br>'160 patent: 11:22-12:39; FIGs. 10a-10d, 12a-12d<br>'956 Prosecution History, Final Rejection (Nov. 10, 2009)<br>'956 Prosecution History, Applicant Arguments (Nov. 24, 2009)<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Answer** | **Answer** | **Answer** |

| | | |
|---|---|---|
| Found in claim numbers:<br><br>'956: 1, 2, 4, 5.<br>'303: 1, 14, 16.<br>'160: 1, 3, 10. | Proposed Construction:<br>Reply element of an answer page responsive to a query<br><br>Intrinsic Evidence:<br>'956 Patent: Abstr.; 1:50, 2:13, 2:55-57; 3:2-3, 5:8, 6:49, 8:42; 11:48-58; FIGs. 10a-d.<br>'303 Patent: Abstr; 11:20-12:19; FIGs. 10a-d; 12a-d.<br>'160 Patent: Abstr; 11:8-12:6; FIGs. 10a-d; 12-d.<br>Interview Summary (Apr. 16, 2007) [MOR0656-658].<br>Response to Office Action, at 13 (Jul. 28, 2008) [MOR0902-919].<br>Response to Office Action, at 14 (Dec. 4, 2008) [MOR0857-873].<br><br>Extrinsic Evidence: Expert testimony of Ivan Zatkovich. | Proposed Construction:<br>Result returned in the search result page<br><br>Intrinsic Evidence:<br>'956 Patent: 1:46-2:20; 2:50-57; 2:65-3:3; 3:46-50; 3:51-56; 5:8-13; 5:66-6:3; 6:37-41; 8:38-44; 8:59-9:4; 9:24-30; 9:41-45; 9:54-10:6; 11:7-17; FIGs. 5, 8, 9, 10<br>'303 Patent: 11:20-13:11; FIGs. 10a-10d, 12a-12d, 14a-14d<br>'160 Patent: 11:8-12:39; FIGs. 10a-10d, 12a-12d<br>'956 Prosecution History, Argument at 12-14 (July 28, 2008)<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Answer page**<br><br>Found in claim numbers:<br><br>'956: 1, 4.<br>'303: 1, 16.<br>'160: 1. | **Answer page**<br><br>Proposed Construction:<br>Plain meaning | **Answer page**<br><br>Proposed Construction:<br>Unique search result page<br><br>Intrinsic Evidence:<br>'956 Patent: 1:46-2:20; 2:50-57; 2:65-3:3; 9:54-10:6; 11:7-17; FIGs. 5a-5b, 8a, 10a-c<br>'303 Patent: 11:20-13:11; FIGs. 10a-10d, 12a-12d, 14a-14d<br>'160 Patent: 11:8-12:39; FIGs. 10a-10d, 12a-12d<br>'956 Prosecution History, Argument at 12-14 (July 28, 2008)<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Dynamically generate** | **Dynamically generate**<br><br>Proposed Construction: | **Dynamically generate**<br><br>Proposed Construction: |

| Found in claim numbers:<br><br>'956: none.<br>'303: 1.<br>'160: 1. | Create in real-time in response to a request<br><br>Intrinsic Evidence:<br>'303 Patent: 1:27-29; 1:35-38; 1:39-41; 2:14-24; 10:11-15; FIGs. 9b.<br>'160 Patent: 1:27-29; 1:35-38; 1:39-41; 2:14-24; 9:66-10:3; FIGs. 9b.<br>Interview Summary (Apr. 16, 2007) [MOR0656-658].<br><br>Extrinsic Evidence:<br>Expert testimony of Ivan Zatkovich. | Plain meaning<br><br>Intrinsic Evidence:<br>'956 Patent: 1:31-45; 2:65-3:3; 3:42-4:12; 4:38-45; 5:8-35; 5:60-65; 6:33-41; 8:38-44; 8:63-9:4; 9:24-30; 9:41-45; 9:54-10:21; 11:7-17; FIGs. 1, 6a-6d<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| --- | --- | --- |
| **Index / Indexing**<br><br>Found in claim numbers:<br><br>'956: 1, 4.<br>'303: 1.<br>'160: 1. | **Index / Indexing**<br><br>Proposed Construction:<br>A reference or locator, e.g., a Uniform Resource Locator<br><br>Intrinsic Evidence:<br>'956 Patent: 1:50-53; 2:11-20; 3:57-60; 3:62-4:12; 4:38-40; 9:41-45; 9:55-56.<br>'303 Patent: 1:54-59; 2:15-24; 4:10-32; 4:58-61; 9:65-10:2; 10:14-16.<br>'160 Patent: 1:54-59; 2:15-24; 4:4-26; 4:52-55; 9:53-57; 10:1-3.<br>Interview Summary (Apr. 16, 2007) [MOR0656-658].<br>Preliminary Amendment, at 9 (May. 16, 2006) [MOR0782-0799].<br>Response to Office Action, at 14 (Jul. 28, 2008) [MOR0902-919].<br><br>Extrinsic Evidence:<br>W3C Memo re Uniform Resource Locator (Mar. 21, 1994).<br>Expert testimony of Ivan | **Index / Indexing**<br><br>Proposed Construction:<br>Indefinite<br><br>Intrinsic Evidence:<br>'956 Patent: 1:21-30; 1:46-2:20; 2:62-64; 4:5-12; 5:8-13; 8:38-9:4; 9:54-65; 10:7-10; 11:7-17; FIGs. 1, 2, 5a, 5b, 8<br>'160 Patent: 11:55-64; 12:21-30<br>'303 Patent: 12:1-10; 12:31-40; 12:61-13:2<br>'956 Prosecution History, Claims (Mar. 25, 2003)<br>'956 Prosecution History, Preliminary Amendment (May 19, 2006)<br>'956 Prosecution History, Examiner's Amendment & Interview Summary (Jan. 8, 2010)<br><br>Extrinsic Evidence:<br>Moricz Dep. Tr. (July 22, 2011)<br>Kasha Dep. Tr. (June 3, 2011)<br>Rebuttal testimony of expert Dr. Ellis Horowitz |

JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT – 5
10-cv-01240-RSL

| | | |
|---|---|---|
| | Zatkovich. | |
| **Information location**<br><br>Found in claim numbers:<br><br>'956: 1, 3, 4, 8.<br>'303: 1, 14.<br>'160: 1, 5, 10. | **Information location**<br><br>Proposed Construction:<br>Location of an information source<br><br>Intrinsic Evidence:<br>'956 Patent: Abstr.; 11-43-44; 3:46-48; 4:13-18.<br>'303 Patent: Abstr.; 3:66-4:1; 4:33-38.<br>'160 Patent: Abstr.; 3:60-62; 4:27-32.<br><br>Extrinsic Evidence:<br>Expert testimony of Ivan Zatkovich. | **Information location**<br><br>Proposed Construction:<br>Unique URL<br><br>Intrinsic Evidence:<br>'956 Patent: 1:25-27; 3:62-4:12; FIGs. 3-5, 10a-10c<br>'303 Patent: 11:55-13:11; FIGs. 10a-10d, 12a-12d, 14a-14d<br>'160 Patent: 11:43-12:39; FIGs. 10a-10d, 12a-12d<br>'956 Prosecution History, Argument at 12-13 (April 16, 2007)<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Information page**<br><br>Found in claim numbers:<br><br>'956: 1, 2, 3, 4, 8.<br>'303: 1.<br>'160: 1. | **Information page**<br><br>Proposed Construction:<br>Information collection displayable by a browser<br><br>Intrinsic Evidence:<br>'956 Patent: Abstr.; 11-43-44; 3:46-48; 4:13-18.<br>'303 Patent: Abstr.; 3:66-4:1; 4:33-38.<br>'160 Patent: Abstr.; 3:60-62; 4:27-32.<br><br>Extrinsic Evidence:<br>Expert testimony of Ivan Zatkovich. | **Information page**<br><br>Proposed Construction:<br>Unique web page<br><br>Intrinsic Evidence:<br>'956 Patent: 1:46-2:20; 2:50-57; 2:65-3:3; 3:46-50; 4:7-12; 5:8-13; 5:66-6:3 6:37-41; 7:18-26; 8:38-44; 8:59-9:4; 9:24-30; 9:41-45; 9:54-10:6; 11:7-17; FIGs. 5, 6, 8, 9, 10<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Query**<br><br>Found in claim numbers: | **Query**<br><br>Proposed Construction:<br>Inquiry | **Query**<br><br>Proposed Construction:<br>Query string of a URL |

JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT – 6
10-cv-01240-RSL
PDX/110539/174679/DZN/7983681.2

| | | |
|---|---|---|
| '956: 3, 8.<br>'303: 1.<br>'160: 1, 5. | Intrinsic Evidence:<br>'303 Patent: 3:54-61; 3:66-4:3; 4:10-19.<br>'160 Patent: 3:49-55; 3:60-64; 4:4-13.<br><br>Extrinsic Evidence:<br>Expert testimony of Ivan Zatkovich. | Intrinsic Evidence:<br>'956 Patent: 1:31-45; 2:33-36; 2:42-45; 2:65-3:3; 3:42-4:12; 4:38-45; 4:56-65; 5:8-35; 5:66-7:17<br>'956 Prosecution History, Preliminary Amendment (May 19, 2006)<br><br>Extrinsic Evidence:<br>Kasha Dep. Tr. (June 3, 2011)<br>HTML 4.01 Specification (1999) |
| **Search the Internet**<br><br>Found in claim numbers:<br><br>'956: 1.<br>'303: 1.<br>'160: 1. | **Search the Internet**<br><br>Proposed Construction:<br>Directs the search service computer to respond with information about relevant resources in the Internet<br><br>Intrinsic Evidence:<br>'956 Patent: 4: 38-45; 4:48-50; 8:38-44; 9:54-58; 11:39-45; FIG. 1.<br>'303 Patent: 8:61-67; FIG. 1.<br>'160 Patent: 8:50-56; FIG. 1.<br>Office Action (Jun. 9, 2009) [MOR0682-702].<br>Response to Final Office Action, at 13 (Apr. 17, 2009) [MOR0854-856].<br>Response to Office Action, at 8-9 (Sep. 9, 2009) [MOR0920-931].<br><br>Extrinsic Evidence:<br>Chris Sherman and Gary Price, *The Invisible Web*, at Chapters 1-2 (2001).<br>Expert testimony of Ivan Zatkovich. | **Search the Internet**<br><br>Proposed Construction:<br>Search a worldwide collection of networks, not a database on the search service's server<br><br>Intrinsic Evidence:<br>'956 Patent, 1:21-2:20; 4:38-45; 8:38-44; FIGs. 8a-8d, 9a-9b, 10a-10c<br>'956 Prosecution History, Argument at 12-14 (July 28, 2008)<br>'956 Prosecution History, Argument at 14 (Dec. 4, 2008)<br>'956 Prosecution History, Argument at 13 (May 17, 2009)<br>'956 Prosecution History, Argument at 7-9 (Sept. 9, 2009)<br><br>Dictionary/Treatise Definitions:<br>Microsoft Computer Dictionary (5th ed. 2002)<br><br>Extrinsic Evidence:<br>Moricz Dep. Tr. (July 22, 2011)<br>Kasha Dep. Tr. (June 3, 2011)<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
| **Second information location from which the** | **Second information location from which the input field is generated** | **Second information location from which the input field is generated**<br><br>Proposed Construction: |

JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT – 7
10-cv-01240-RSL

| input field is generated<br><br>Found in claim numbers:<br><br>'956: 1, 4.<br>'303: none.<br>'160: none. | Proposed Construction:<br>Plain meaning | Second information location from which the input field is retrieved or embedded<br><br>Intrinsic Evidence:<br>'956 Patent: 10:3-10; 11:7-17; FIGs. 10a-c<br>'303 Patent: 11:20-13:11; FIGs. 10a-10d, 12a-12d, 14a-14d<br>'160 Patent: 11:8-12:39; FIGs. 10a-10d, 12a-12d<br>'965 Prosecution History, Amendment (Dec. 4, 2008)<br>'160 Prosecution History, Argument at 8 (April 21, 2009)<br><br>Extrinsic Evidence:<br>Rebuttal testimony of expert Dr. Ellis Horowitz |
|---|---|---|

### III.   Length of and Proposed Order of Presentation at Claim Construction Hearing

The parties request that the Court allot four hours for the Hearing. The parties also request that: (a) the disputed terms be addressed on a term-by-term basis, (b) each party be allowed half of the available time for presenting evidence and argument, and (c) Plaintiff's presentation may precede Defendant's for each term.

### IV.   Live Testimony

The Plaintiff proposes to call its technical expert, Ivan Zatkovich, to opine on claim construction. Mr. Zatkovich's expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B) was timely served on the Defendant and is available to the Court upon request. The Defendant may cross-examine Mr. Zatkovich and call Dr. Ellis Horowitz if necessary to rebut Mr. Zatkovich's testimony.

### V.   Pre-Hearing Conference

The parties believe a pre-hearing conference prior to the Hearing would be helpful to address the schedule for the Hearing. The parties propose a 30 minute pre-hearing conference

1 at the Court's convenience within the week prior to the hearing.

## VI. Independent Expert and Tutorial

The parties have jointly proposed Dr. Don Turnbull as a technical advisor to the Court (Docket No. 28). The parties expect Dr. Turnbull's presence at the hearing would assist the Court in claim construction.

## VII. Tutorial

If the Court retains an independent expert, then the parties do not propose that a separate technology tutorial would be necessary, although each party will likely present basic technological background with its arguments. However, the parties are open to presenting a tutorial if the Court decides not to use an independent expert or believes a tutorial would be beneficial. If such a tutorial is necessary, the parties request an additional hour for the hearing and request that each party be allotted 30 minutes for a tutorial.

JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT – 9
10-cv-01240-RSL
PDX/110539/174679/DZN/7983681.2

1 | Dated this 26th day of August, 2011.

2

3

4 | By: /s/Johnathan E. Mansfield
SCHWABE, WILLIAMSON & WYATT, P.C.
5
Johnathan E. Mansfield, WSBA#27779
6 | jmansfield@schwabe.com
Devon Zastrow Newman, WSBA#36462
7 | dnewman@schwabe.com
Virginia R. Nicholson, WSBA#39601
8 | vnicholson@schwabe.com
Facsimile: 503.796.2900
9
Attorneys for Plaintiff, Michael Z. Moricz
10

11 | By: /s/ Ramsey M. Al-Salam
PERKINS COIE LLP
12
Ramsey M. Al-Salam, WSBA No. 18822
13 | RAlSalam@perkinscoie.com
Ryan J. McBrayer, WSBA No. 28338
14 | RMcBrayer@perkinscoie.com
1201 Third Avenue, Suite 4800
15 | Seattle, WA  98101-3099
Telephone:  206.359.8000
16 | Facsimile:   206.359.9000

17 | Michael J. Engle, pro hac vice
mengle@perkinscoie.com
18 | 1888 Century Park East, Ste. 1700
Los Angeles, CA 90067
19
Attorneys for Defendant, Google Inc.
20

21

22

23

24

25

26

JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT – 10
10-cv-01240-RSL
PDX/110539/174679/DZN/7983681.2

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2011, I caused the foregoing to be served on the following attorneys for defendant by electronic service through the Court's ECF system.

Ramsey M. Al-Salam
ralsalam@perkinscoie.com
Ryan J. McBrayer
rmcbrayer@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA  98101

Michael J. Engle
mengle@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

        /s/Johnathan E. Mansfield
        Johnathan E. Mansfield

CERTIFICATE OF SERVICE - 1
10-cv-01240-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/DZN/7983681.2