THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL Z. MORICZ**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE, INC.,** a Delaware corporation,<br><br>Defendant. | Case No. 10-cv-01240-RSL<br><br>JOINT MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>November 15, 2011 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Michael Z. Moricz and Google Inc. jointly move to dismiss all claims brought by Moricz with prejudice, except that, in any future litigation in which U.S. Patent Nos. 7,693,956; 7,716,303; or 7,730,160, or any related patents, are asserted against Google, Google may re-assert any counterclaims or defenses that it raised or could have raised in this case. Each party is to bear its own costs and attorney fees.

Dated this 15th day of November, 2011.

Respectfully submitted,

JOINT MOTION TO DISMISS - 1
10-cv-01240-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/DZN/7732615.1

| | |
|---|---|
| Schwabe, Williamson & Wyatt, P.C.<br><br>By: /s/ Johnathan E. Mansfield<br>Johnathan E. Mansfield, WSBA #27779<br>jmansfield@schwabe.com<br>Devon Zastrow Newman, WSBA #36462<br>dnewman@schwabe.com<br>Virginia R. Nicholson, WSBA #39601<br>vnicholson@schwabe.com<br><br>Attorneys for Plaintiff, Michael Z. Moricz | Perkins Coie, LLP<br><br>By:  /s/ Ramsey M. Al-Salam<br>Ramsey M. Al-Salam, WSBA #18822<br>ralsalam@perkinscoie.com<br>Ryan J. McBrayer WSBA #28338<br>rmcbrayer@perkinscoie.com<br>1201 3rd Ave, Suite 4000<br>Seattle WA 98101-3099<br><br>Attorneys for Defendant Google Inc. |

JOINT MOTION TO DISMISS  - 2
10-cv-01240-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/110539/174679/DZN/7732615.1